NO









NO. 12-10-00063-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

CLINT JOHNSON,

APPELLANT                                                     '     APPEAL
FROM THE 114TH

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     SMITH COUNTY,
TEXAS

APPELLEE

 





MEMORANDUM
OPINION

            Appellant
pleaded guilty to aggravated robbery.  We have received the trial court's
certification showing that this is a plea bargain case and Appellant has no
right to appeal.  See Tex. R.
App. P. 25.2(d).  The certification is signed by Appellant and his trial
counsel.  Additionally, Appellant’s appellate counsel has notified us that
based on the controlling law, he is of the opinion that this court does not
have jurisdiction of the appeal and therefore the appeal must be dismissed. 
Accordingly, the appeal is dismissed for want of jurisdiction.

                                                                                                    
SAM GRIFFITH    

                                                                                                             
Justice

 

 

Opinion delivered March 17, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)